**FILED**

OCT - 5 2005

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARLOS ESTES, )
)
Plaintiff, )
)
vs. )
)
ILLINOIS DEPARTMENT OF HUMAN )
SERVICES. )
)
Defendant. )

**05C 5750**

**JUDGE RONALD GUZMAN**
**MAGISTRATE JUDGE KEYS**

## COMPLAINT

**NOW COMES**, the Plaintiff, Carlos D. Estes by and through his attorney and complains against Defendant, Illinois Department of Human Services as follows:

### JURISDICTION AND VENUE

1. This action seeks to redress deprivation of rights secured by Title VII of the Civil Rights Act of 1991, as amended, (Title VII) 42 U.S.C. Section 2000e-5(f) and 42 U.S.C. Section 2000 et seq., providing for injunctive and other relief against discrimination in employment.

2. Jurisdiction of this Court over Title VII claims is invoked pursuant to 28 U.S.C.A. Section 1343(4) and 42 U.S.C. Section 2000e-5(f).

3. The defendant is an "employer" within the meaning of 42 U.S.C. Section 2000e-(b) in that it engages in a business which employs in excess of 15 persons.

4. All conditions precedent to jurisdiction under 42 U.S.C. Section 2000 have occurred or been complied with: a charge of discrimination was filed with the Illinois Department of Human Rights and Equal Employment Opportunity Commission on October 11, 2003

and amended on December 11, 2003. (Exhibit A); a notice of right to sue was issued by the U.S. Department of Justice on July 15, 2005 (Exhibit B); and this complaint is filed within ninety days of receipt of the right to sue letter.

5.     The claims asserted in this complaint arose in the above described district and division.

## PARTIES AND FACTUAL ALLEGATIONS

6.     The plaintiff is a male citizen of the United States who resides in the City of Chicago, County of Cook and State of Illinois.

7.     Defendant at all relevant times was authorized to do and is doing business in the State of Illinois.

8.     On or about March 17, 2003 Defendant hired Plaintiff as a Special Assistant/Driver.

9.     Plaintiff performed his job duties satisfactorily and in accordance with the expectations of his employer throughout his employment.

10.    From May 6, 2003 through May 26, 2003 Defendant's Chief of Staff Teyonda Wertz ("Wertz") sexually harassed Estes by requesting that he have a romantic relationship with her, lend her emotional support and sleep with her while on a business trip on May 6, 2003 or May 7, 2003.

11.    On May 21, 2003, Wertz told Plaintiff he was "a good arm piece".

12.    At all relevant times Wertz held a management position with the Defendant.

13.    The sexual harassment committed by Wertz created a hostile working environment for the Plaintiff.

14.    Defendant is liable for the misconduct and sexual harassment of Plaintiff's supervisor, Ms. Wertz.

2

15. Defendant discriminated against and subjected Plaintiff to various unique terms and conditions of employment on the basis of his sex.

16. The effect of Defendant's discriminatory employment practices have denied Plaintiff equal employment opportunities, income and other benefits.

17. As a direct and proximate result of Defendant's discriminatory employment practices, Plaintiff has lost wages, suffered mental and emotional anguish resulting in physical and mental pain and suffering. Further, Plaintiff has been humiliated, embarrassed and otherwise mentally degraded.

18. Defendant has intentionally and knowingly discriminated against Plaintiff in the terms and conditions of his employment.

WHEREFORE, Plaintiff, **Carlos D. Estes** respectfully prays that this Court render judgment in his favor and:

A. Declare that the acts and practices complained of herein are violations of Title VII of the Civil Rights Act, as amended;

B. Enjoin and permanently restrain Defendant Employer, and all persons in active concert or participation with Defendants, from engaging in any employment practice which discriminates on the basis of sex;

C. Direct Defendant Employer to make Plaintiff whole for all earnings and benefits he would have received but for Defendants' discriminatory treatment;

D. Award Plaintiff compensatory and punitive damages;

E. Award reasonable attorney's fees, costs and expenses incurred in this action; and,

F.      Order any other relief this Court deems to be just and proper.

**PLAINTIFF REQUESTS A TRIAL BY JURY**

Respectfully submitted,

**CARLOS D. ESTES**

By:  _Denise M-Mercherson_

One of Plaintiff's Attorneys

Charles A. Krugel
6523 Albert Avenue
Morton Grove, Illinois 60053
(312) 804-3851

Denise M. Mercherson
25 East Washington Street, Suite 1320
Chicago, Illinois 60602
(312) 922-1446

4

FROM : WASHINGTON COURTS    FAX NO. : 773 921 8221    Jul. 06 2005 09:24AM  P3

06-27-2005  10:55am  From-ILL DEPT HUMAN RIGHTS    3128146251    T-613  P.002/008  F-227

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See Privacy act statement before completing this form.  04W1003.03A | [X] IDHR  [X] EEOC | 2004CF0978 |

### Illinois Department of Human Rights and EEOC

| | HOME TELEPHONE (include area code) 773-928-4210 |
|---|---|
| NAME (indicate Mr., Mrs., Ms.) CARLOS D. ESTES | |
| STREET ADDRESS 901 E 104TH ST #B323    CITY, STATE AND ZIP CODE CHICAGO, IL 60628 | DATE OF BIRTH 00/00/00 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME SOI-DEPT OF HUMAN SERVICES | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code) 312 793 1533 |
|---|---|---|
| STREET ADDRESS 401 S CLINTON    CITY, STATE AND ZIP CODE CHICAGO, IL 60607 | | COUNTY 031 |
| NAME | | TELEPHONE (include area code) |
| STREET ADDRESS    CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION |
|---|---|
| | EARLIEST (ADEA/EPA)    LATEST (ALL) |
| RETALIATION    SEXUAL HARASSMENT | / /    05/31/2003 |
| | [ ] CONTINUING ACTION |

THE PARTICULARS ARE (if additional space is needed attach extra sheet(s))

<u>AMENDMENT #1</u>

II.  A.  **ISSUE/BASIS**

SEXUAL HARASSMENT, BEGINNING ON OR ABOUT MAY 6, 2003 AND CONTINUING THROUGH MAY 21, 2003.

B.  PRIMA FACIE ALLEGATIONS

1.  My sex is male.

2.  Teyonda Wertz (female), a member of Respondent's management, engaged in two or more acts of sexual misconduct, one of which was egregious, and not trivial in nature. On or about May 5, 2003 and continuing through, Wertz has placed me in a position where she would sexually harass me by telling me that I was "a good arm piece", would invite me

(Continued)

| [X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of any charge in accordance with their procedures. | NOTARY (when necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | *Alice M. Ralph* |
| OFFICIAL SEAL ALICE M. RALPH NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES 2-13-2008  Notary Public Seal | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT    DATE  X _____ 12/11/03  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (day, month, year) |

EEOC FORM 5 (6/92)    NIPACR?

**EXHIBIT A**

Complainant Name:   **CARLOS D. ESTES**

Charge Number:      **2004CF0978**

Page 2

to retain her house keys and come to sleep at her apartment, and would order me while on official business trips to spend my nights with her in her hotel room for the purpose of engaging in a sexual affair. On each of these occasions, it was suggested by Wertz that if I did not submit to her intentions that I would lose my job.

3.   I found her conduct as unwelcome, and I complained not only to Wertz, but also to Eugene Davis (male), Special Assistant to the Secretary of the Department of Human Services, that I did not appreciate her actions, and that I perceived her actions as being sexually harassing, and that I wanted her actions to stop.

4.   Respondent's conduct created an environment which became hostile, intimidating, and offensive, and substantially interfered with my ability to perform the essential duties of my job.

III.  A.   ISSUE/BASIS

DISCHARGE, JUNE 6, 2003, IN RETALIATION FOR COMPLAINING ABOUT SEXUAL HARASSMENT.

   B.   PRIMA FACIE ALLEGATIONS

1.   On or about May 11, 2003, and again, on or about June 1, 2003. I engaged in protected activities when I complained Teyonda Wertz, Chief of Staff for the Secretary of the Illinois Department of Human Services, and to Eugene Davis, Special Assistant to the Secretary of the Illinois Department of Human services, that I was being sexually harassed by Teyonda Wertz.

2.   On or about June 2, 2003, I received a letter from Dr. Carol L. Adams, Ph.D, Secretary for the Illinois Department of Human Services, that my employment was being terminated, effective June 6, 2003.  No reason was stated in Dr. Adams' letter as to the reason for the discharge.

(Continued)

Complainant Name:    CARLOS D. ESTES
Charge Number        2004CF8970
Page 3


        3.    Respondent's adverse action followed my protected activity
              within such a period of time as to raise an inference of
              retaliatory motivation.

ACF/IJT/RCO

FROM : WASHINGTON COURTS        FAX NO. : 773 921 8201        Jul. 06 2005 09:26AM P2

08-27-2005   10:56am   From-ILL DEPT HUMAN RIGHTS        3128146251        T-518  P.005/006  F-227

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.    04W1003.03 | [X] IDHR  [X] EEOC | 2004CF0978 |

### Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr., Ms., Mrs.) | | HOME TELEPHONE (include area code) |
|---|---|---|
| CARLOS D. ESTES | | 773-928-4210 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 901 E 104TH ST #B323 | CHICAGO, IL 60628 | 00/00/00 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code) |
|---|---|---|
| SOI-DEPT OF HUMAN SERVICES | | 312 793 1533 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 401 S CLINTON | CHICAGO, IL 60607 | 031 |

| NAME | | TELEPHONE (Include area code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION |
|---|---|
| RACE | EARLIEST (ADEA/EPA)  LATEST (ALL)  /  /     05/31/2003  [ ] CONTINUING ACTION |

THE PARTICULARS ARE (if additional space is needed attach extra sheet(s))

#### TECHNICAL AMENDMENT

I.    A.    ISSUE/BASIS

         DISCHARGE, JUNE 6, 2003, BECAUSE OF MY RACE, BLACK.

     B.    PRIMA FACIE ALLEGATIONS

         1.    My race is black.

         2.    I have satisfactorily performed my duties as the Special Assistant to the Chief of Staff of the Secretary of the Department of Human Services, and have been employed with the Respondent since March 13, 2003.

         3.    On June 2, 2003, I received a letter from Dr. Carol L. Adams, Ph.D (black), Secretary for the Department of Human Services. Adams' letter states that I was being discharged

(Continued)

| [X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY when necessary for State and Local Requirements |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.  OFFICIAL SEAL  ALICE M. RALPH  NOTARY PUBLIC, STATE OF ILLINOIS  MY COMMISSION EXPIRES 3-13-2006  Notary Public Seal | *Alice M. Ralph*  I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT     DATE  X _____  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  (Day, month, year) |

EEOC FORM 5 (6/03)        H2P5ACF1

FROM : WASHINGTON COURTS          FAX NO. : 773 921 8201          Jul. 06 2005 29:27AM  P3

06-27-2005   10:55am   From-ILL DEPT HUMAN RIGHTS          3128146251          T-519   P.005/008   F-227

Complainant Name:  **CARLOS D. ESTES**

Charge Number:  **2004CF0978**

Page 2

effective June 6, 2003, but no reason was denoted on Adams'
letter for the adverse action.

4.    There have been other, similarly situated, non-black,
administrative employees, such as William Holland,
Respondent's Special Projects Coordinator, has a level of
work performance similar to mine, but he was not discharged.

ACF/JJT/RCG

FROM : WASHINGTON COURTS          FAX NO. : 773 921 8201          Jul. 06 2005 09:27AM  P4

06-27-2005   10:58am   From-ILL DEPT HUMAN RIGHTS          3128146251          T-513  P.007/008  F-227

| *CHARGE OF DISCRIMINATION* | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.  **04W1063.03** | | [X] IDHR  [X] EEOC | *2004CF0978* |

## Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr., Ms., etc.) | | HOME TELEPHONE (include area code) |
|---|---|---|
| CARLOS D. ESTES | | 773-928-4210 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 901 E 104TH ST #B323 | CHICAGO, IL 60628 | 00/00/00 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME | NUMBER OF EMPLOYEES | TELEPHONE (include area code) |
|---|---|---|
| SOI-DEPT OF HUMAN SERVICES | 15+ | 312 793 1533 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 401 S CLINTON | CHICAGO, IL 60605 | 031 |
| NAME | | TELEPHONE (include area code) |
| | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| | | |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION |
|---|---|
| RACE | EARLIEST (ADEA/EPA)    LATEST (ALL) |
| | /  /         05/31/2003 |
| | [ ] CONTINUING ACTION |

THE PARTICULARS ARE (if additional space is needed attach extra sheet(s)):

I.    A.    ISSUE/BASIS

DISCHARGE, MAY 31, 2003, BECAUSE OF MY RACE, BLACK.

B.    PRIMA FACIE ALLEGATIONS

1.    My race is black.

2.    I have satisfactorily performed my duties as the Special Assistant to the Chief of Staff of the Secretary of the Department of Human Services, and have been employed with the Respondent since March 13, 2003.

3.    On May 31, 2003, I was discharged by Teyonda Wertz (black), the Chief of Staff for the Secretary of the Department of Human Services. Wertz stated that I had been discharged

(Continued)

| [X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY (when necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| "OFFICIAL SEAL" JACQUELYN TURNER MAMB Notary Public, State of Illinois My Commission Expires 5/4/05  Notary Public Seal    10/10/03 | SIGNATURE OF COMPLAINANT          DATE |
| | X _Carlos D. Est___  10/10/03 |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, Month, Year) |

EEOC FORM 5 (9/00)          REM/ACF)

Complainant Name:  **CARLOS D. ESTES**

Charge Number:  *2004CF0978*

Page 2

because I had used a department vehicle during non-business hours.  No documentation was received from Wertz validating her reason for the discharge.

4.  There have been other, similarly situated, non-black, administrative employees, such as William Holland, Respondent's Special Projects Coordinator, that have used a department vehicle during non-business hours, and they were not discharged.

ACF/HT/RCG



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5061 1057

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

July 15, 2005

Mr. Carlos D. Estes
901 B. 104th St., #B323
Chicago, IL 60628

Re:  EEOC Charge Against State of Illinois, Dept. of Human Services
     No. 21BA400103

Dear Mr. Estes:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Brad Schlozman
Acting Assistant Attorney General
Civil Rights Division

by  *Karen L. Ferguson*
    Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc:  Chicago District Office, EEOC
     State of Illinois, Dept. of Human Services

**EXHIBIT B**