# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| CARLOS ESTES | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 05 C 5750 |
| ILLINOIS DEPARTMENT OF HUMAN SERVICES | |

■     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED: Jury verdict "We, the Jury, find in favor of Defendant and against Plaintiff..." Jury trial ends. Judgment for the Defendant and against the Plaintiff is entered in accordance with the jury verdicts. This case is terminated.

Michael W. Dobbins, Clerk of Court

Date: 3/25/2008

/s/ Carole Gainer, Deputy Clerk